FILED BY _MB_ D.C.

AUG 07 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

# LETTER OF INTENT TO SUE

Kerry Charles, Vennis Gilmore
The City of Fort Pierce Planning & Zoning Department
100 N. US Highway 1
Fort Pierce, Fl. 34950

Effective Date: __August 2023__

**RE: Notice of Intent to File Lawsuit**

Dear __Vennis Gilmore__,

This letter of intent to sue shall serve as a formal notice that __Shonda T. Harris__ intends to commence a lawsuit against you due to the following: __Kerry Charles, Vennis Gilmore are Conducting an unfair two tiered application of The Waiver of Distance which is applied in a way that is unfair, and it prejudice's the people of Community__

**I. The Plaintiff.** __Shonda T. Harris__ (the "Plaintiff").

**II. The Defendant.** __Kerry Charles / Vennis Gilmore__ (the "Defendant").

**III. Settlement Demand.** As a result of your actions, the Plaintiff seeks relief in the form of:

☑ - Payment in the amount of __Three Thousand__ Dollars ($ __3,000.__ )

☑ - Other: __Discontinue The Biased and unfair Application of The Waiver of Distance as a mean to deprive Businesse(s)__

This offer to cure and/or settle this matter outside of court and avoid a lawsuit is valid for __30__ days from the Effective Date.

**IV. Governing Law.** This Letter of Intent shall be governed under the laws of the State of __Florida St. Lucie County__

Sincerely,

_Shonda T. Harris_

(Rev. 10/2002) General Document

Kerry Charles, Vennis Gilmore and other(s) at The Planning and Zoning Department, are Applying a biased two tiered Approval system in this City that is very harmful and prejudicial to the people (citizen(s) of Fort pierce, and deprive(s) the people of the same equal opportunity as other Citizen(s) operating Businesses(es) in St. Lucie County. The Waiver of Distance is being utilized in a way that it deprive(s) The Citizen(s) located in the Northside of the City of the same opportunities as it allows for those prospective Business(es) in The Southern areas of The City. If The Waiver of Distance rule(s) Continue(s) to be Applied in such a racist and unfair manner it will surely hurt future business(es) in the prejudicial and biased way it is applied, there will be very few small Business(es) opening in Fort pierce. Planning Dept., official(s) are picking and choosing who to Apply the Waiver of Distance to, Thus, approving Arab(s) to operate Business in areas predominately Black. Please Cease & Desist!

**Certificate of Service**

I Shonda T. Harris, certify that on this date 08-7-2023 a true copy of the foregoing document was mailed to: Atty Gail C. Bradford, ESQ, P.O. Box 2928
*name(s) and address(es)*

Orlando, Fla 32802-2928; and to: Florida League of Cities/ Florida Municipal Trust, 125 E. Colonial Drive, Orlando, Fla 32801

By:
Shonda T. Harris
Printed or typed name of Filer

[Signature]
Signature of Filer

Sportyblack15@gmail.com
E-mail address

Florida Bar Number

(772) 267-7570
Phone Number

Facsimile Number

1907 Ave "P"
Street Address

Fort pierce, Fla 34950
City, State, Zip Code

Plaintiff's Continuation to:
"Certificate of Service"

I Shonda T. Harris hereby certify that the following were also served by hand a true copy of the foregoing to: The City Attorney 100 N. U.S. Hwy 1, Fort Pierce, Fla 34950

*Shonda T. Harris*
Shonda T. Harris, pro se
1907 Ave "P"
Fort Pierce, Fla 34950
Ph #(772) 267-7570
Email: Sportyblack15@gmail.com