**THIS IS A SWORN AFFIDAVIT AND MUST BE SIGNED BEFORE A NOTARY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

FILED BY __SCN__ D.C.
NOV 27 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

CASE NO: 2:23-CV-14236 AMC
(U.S.D.C., S.D. Fla.)

SHONDA T. HARRIS.
　　Plaintiffs.

VS

Kerry Charles, Et al
　　Defendants.

### AFFIDAVIT

Before me, the undersigned authority, on this day personally appeared __Shonda T. Harris__ who, upon being duly sworn, deposes and says (List statements in numerical order that Affiant is swearing to)

1. Attorney Gail C. Bradford was served with a letter of Intent to Sue on 8/7/2023 by Me, Shonda T. Harris; and Mrs Bradford is the Counsel for the Defendant(s) in this Case Harris V. Kerry Charles, Et al; and Mrs Bradford responded on 9/8/2023 prior to the filing of plaintiff(s) Initial original Complaint §1983.

2. Counsel for Defendant(s) Gail C. Bradford, ESQ knew that an action was being brought against her Client(s) Kerry Charles, Et al

I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this petition and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

Date 11-27-2023

Signature of Petitioner: _Shonda T Harris_
Mailing Address 1907 Avenue "D"
Fort pierce, Fla 34950
Telephone (772) 267-7570

Case No: 2:23-CV-14236 AMC, yet, has failed or refused to respond, Answer, Defend or plead.

3. Counsel for Defendant(s) in the Kerry Charle, Et al case has failed to file or serve any Document in this action.

4. Defendant(s) has failed to request an Extension of Time from the Court.

5. Counsel and Defendant(s) who has Defaulted are not Minor(s) nor Incompetent(s).

6. Plaintiff Shonda T. Harris served Defendant(s) with a §1983 Civil Rights Complaint (Amended), a Summon(s), a request for Waiver of Service of Summons on September 6, 2023

7. On October 6, 2023 The Court Issued its order requiring Combined response(s) to Defendant(s) and Counsel Gail C. Bradford, and they have failed to Answer, Defend, plead or respond.

8. All Defendant(s) in this action were served by U.S. Marshall Service by Oct 16, 2023

9. Counsel Bradford and Client(s) Kerry Charles, Et al acknowledged service, but failed to Answer/respond, Defend, plead.

Shonda T. Harris

STATE OF FLORIDA
COUNTY OF

The instrument was acknowledged before me on this 27 day of November, 2023, by Shonda Harris.

____ Personally Known
____ Produced Identification
_X_ Drivers License No. H620-798-82-840-0

NOTARY PUBLIC/DEPUTY CLERK

Kevin Moncayo
Print, type, or stamp commissioned name of notary or deputy clerk.

KEVIN MONCAYO
Notary Public - State of Florida
Commission # HH 408173
My Comm. Expires Aug 12, 2027

I have mailed a copy to: (the other party)
MUST HAVE THE NAME AND CURRENT ADDRESS
Gail C. Bradford,
P.O. Box 2928
Orlando, Fla 32802-2928

**THE ORIGINAL OF THIS DOCUMENT MUST BE FILED WITH:**

Clerk of the (U.S.D.C., S.D. Fla.)

STATE OF FLORIDA
COUNTY OF

The instrument was acknowledged before me on this 27 day of November 20 23, by Shonda Harris.

____ Personally Known
____ Produced Identification
_X_ Drivers License No. H620-798-82-840-0

NOTARY PUBLIC/DEPUTY CLERK

Kevin Moncayo
Print, type, or stamp commissioned name of notary or deputy clerk.

KEVIN MONCAYO
Notary Public - State of Florida
Commission # HH 408173
My Comm. Expires Aug 12, 2027

I have mailed a copy to: (the other party)
MUST HAVE THE NAME AND CURRENT ADDRESS

Gail C. Bradford, ESQ
P.O. Box 2928
Orlando, Fla 32802-2928

**THE ORIGINAL OF THIS DOCUMENT MUST BE FILED WITH:**

Clerk of the (U.S.D.C., S.D. Fla.)