Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida
Civil Division



FILED BY ____ D.C.
JAN 12 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

Shonda T. Harris, pro se
Petitioner,

CASE NO. 2:23-cv-14236 AMC

Kerry Charles, et al.
Respondent.

## MOTION

COMES NOW the ✓ Petitioner or ___ Respondent and files the following:
[check the appropriate motion]

- Motion to Compel Financial Disclosure
- Motion to Continue Hearing Set for [date & time] _____
- Motion to Dismiss [name of action to be dismissed] _____
- Motion for Rehearing of [name of motion/petition] _____ [must be filed within 10 days of the recording of the Order]
- Motion to be Excused From Parenting Class Requirement
- Motion for Mediation
- Other; (Motion for)/to **Voluntary Dismissal**

In support of the above motion, I hereby state the following facts:

Pursuant to Fed R. C. P rule 41(a)(1)(A)(i), I Shonda T. Harris, pro se hereby request that This Court Grant a voluntary Dismissal of Any and all Defendant(s) in The above Styled Case, Namely: The City of Fort Pierce planning and Zoning Department, Kerry Charles, Vennis Gilmore, Curtis Johnson Jr., Jeremiah Johnson and Nicholas Mimms for the following reason(s) 1. pleadings are Insufficient 2. Amended Complaint is defective and needs refiling properly. Wherefore, plaintiff requests that this Most Honorable Court Grant his Motion to voluntarily Dismiss.

I HEREBY CERTIFY that a copy of this Motion has been furnished to the Respondent at: Gail C. Bradford, P.A., ESQ. P.O. BOX 2928 Orlando, Fla 32801-2928 _____ either [check the appropriate ___/ personally, OR /___/ by certified mail, OR /✓/ by U.S. Mail, OR /___/ delivered to the Sheriff for on _____, 20 __

and by hand to: The Clerk of Court (D.C.) S.D., Fla 101 N. U.S. HWY 1 Fort Pierce, Fla 34950

Signature: Shonda Harris
Address: 1907 Avenue "P" Fort Pierce, Fla 34950
email: sportyblack15@gmail.com
Phone: (772) 267-7510